[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12842
Non-Argument Calendar
_____

D.C. Docket No. 6:11-cr-00076-GAP-DAB-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MAGALY CARDONA,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____
(February 15, 2013)

Before TJOFLAT, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Magaly Cardona in this direct criminal

appeal, has filed a motion to withdraw from representation of the appellant and filed

a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967).   Our

independent review of the entire record reveals no issue of arguable merit for us to

consider on appeal.   Therefore, counsel's motion to withdraw is **GRANTED**, and

Cardonas's convictions and sentence are **AFFIRMED**.